988 A.2d 648

**COM. ex rel. Ricky TEJADA, Appellant**

v.

**Jeffery A. BEARD, Secretary, Department of Corrections, et al., Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.